**Order filed March 22, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00044-CV
_____

**GLENDA BREEDING, Appellant**

**V.**

**1423 KIPLING, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1177961**

## ORDER

Appellant's brief was due March 7, 2022. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before April 12, 2022, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.